EVA WILSON

*v.*

STATE OF ILLINOIS.

*Opinion filed November 28, 1922.*

INHERITANCE TAX—*refund of tax erroneously paid.* Where it appears that certain property was inadvertently and erroneously assessed which did not belong to the deceased, and an inheritance tax paid thereon, and upon proper proceedings the County Court modified the original order and re-assessed the tax, correcting the error. *Held,* claimant entitled to a refund of the tax erroneously paid.

Edward J. Brundage, Attorney General, for State.

This is a claim for refund of inheritance taxes erroneously assessed and erroneously paid.

The decedent died May 30th, 1921, testate, a resident of Cook County, and claimant was duly appointed executrix of the will.

The County Judge of said county assessed a total inheritance tax in the estate of $2,163.48, which less 5% which was paid November 30th, 1921.

Thereafter, it was found that in making the appraisement, certain property was inadvertently and erroneously appraised and assessed, which did not belong to deceased, and thereupon a petition was filed in the County Court, and the Attorney General duly notified of such procedure.

On the 29th day of August, 1922, the County Court re-assessed the inheritance tax in said estate at $362.30, from which order, no appeal was taken. The amount actually due was found to be $344.21. The amount paid was $2,055.31. The difference between the last two sums is the amount due claimant on refund to wit: $1,711.10, and that amount is accordingly awarded to claimant without interest.